# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Herman Olley<br>Annette Louis Olley<br>a/k/a Annette Louis McCord<br>**Debtor(s)** | **Chapter** 13<br><br>**Case No.** 1:17-BK-00752-HWV<br><br>**Matter:** Motion for Sale of Property Free and Clear of Liens |

Mark Herman Olley
Annette Louis Olley
a/k/a Annette Louis McCord
    **Movant(s)**
v.
Nationstar Mortgage, LLC
d/b/a Mr. Cooper
    **Respondent(s)**
Charles J. DeHart, III, Esquire,
Standing Chapter 13 Trustee
    **Additional Respondent(s)**

## ORDER

UPON CONSIDERATION of Debtor(s)' Motion for Approval of Sale of Debtor(s)' Real Estate located at 5 Green Meadows Drive, Carlisle, Cumberland County, Pennsylvania (Parcel No. 29-17-1581-039) ("Real Property") to Matt D. Stansbury or their assigns ("Buyer") free and clear of liens and encumbrances for the sum of one hundred twenty thousand ($120,000.00) dollars ("Motion for Sale"), after notice to all creditors and parties in interest, and finding good cause for granting Debtor(s)' Motion for Sale of Property,

IT IS HEREBY ORDERED:

1. The Debtor(s)' Motion for Sale shall be and is hereby approved;

2. Debtor(s) are authorized and directed to sell the Real Property, as more fully set forth in the Debtor(s)' Motion for Sale, to Buyer free and clear of all liens and interests of creditors, pursuant to §363 of the Bankruptcy Code, subject to the distribution of sale proceeds as contained herein;

3. Debtor shall distribute the proceeds of the sale of the Real Property in consecutive order as follows:

A. Nationstar Mortgage, LLC shall be paid in full on its mortgage which shall remain on the Real Property, until the closing proceeds are received and applied;

B. Any additional municipal claims, including past due sewer, water, or refuse charges, if any, and any present municipal claims pro-rated to the date of settlement;

C. Past due real estate taxes and homeowner's association fees, if any, and present real estate taxes and homeowner's fees, if any, pro-rated to the date of settlement;

D. Agent's commission of three (3%) percent shall be paid to RE/MAX Realty Associates for representation of Buyer and Agent's commission of three (3%) percent shall be paid to Coldwell Banker Residential Brokerage for representation of Movant(s); and

E. All closing costs are pursuant to ther terms of the Sales Agreement.

4. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004(h); and

5. Upon consideration of hearing testimony, the Court finds that Buyer is a good faith purchaser for value pursuant to 11 U.S.C. §363(m) and as set forth in the case of *In re: Abbotts Dairies of Pennsylvania, Inc.*, 788F.2d 143 (3d Cir. 1986).

6. Closing shall take place within thirty (30) days from the date of entry of this Order and within thirty (30) days following the closing, Debtor(s), through counsel, shall file a report of sale, together with a copy of the Closing Disclosure.

This Order shall survive any dismissal or conversion of this case.