**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Mark Herman Olley<br>**Debtor 1**<br>Annette Louis Olley<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-00752-HWV |

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM: | TO: |
|---|---|
| Mark Herman & Annette Louis Olley<br>5 Green Meadows Drive<br>Carlisle, PA 17013 | Mark Herman & Annette Louis Olley<br>1037 Freedom Court<br>Quakertown, PA 18951 |

Date: December 4, 2020

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*