UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Herman Olley **Debtor 1** <br> Annette Louis Olley **Debtor 2** | **Chapter** 13 <br><br> **Case No.** 1:17-BK-00752-HWV <br><br> **Matter:** Motion to Incur Debt/Obtain Credit |

## DEBTOR(S)' MOTION TO INCUR DEBT

AND NOW, come the Debtor(s), Mark Herman Olley and Annette Louis Olley, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Incur Debt/Obtain Credit and aver as follows:

1. This case was commenced by the filing on February 27, 2017 of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor 2 was recently relocated back to Central Pennsylvania through her employment, and Debtor(s) are seeking to purchase a personal residence.

3. Debtor(s) have obtained approval for financing from Mortgage One Solutions located in Vienna Virginia.

4. It is estimated that the monthly payments on the mortgage will be approximately $1,700.00 per month, including escrow for real estate taxes and homeowner's insurance, for 360 months. The interest rate on the mortgage note will be less than 4.500%.

5. Debtor(s) are confident that the increased payments will not affect Debtor(s)' ability to continue his Chapter 13 payments.

6. Debtor(s) intend to make all payments on the mortgage note outside the Chapter 13 plan in this case.

7. For all the reasons set out above, Debtor(s) believes that the granting of this Motion will not materially or adversely affect the interests of any creditor, nor Debtor(s)' prospects for successful completion of the Chapter 13 Plan in this case and will instead permit Debtor(s) to purchase a personal residence which is necessary for the Debtor(s) to live in, and hence necessary for the successful completion of the Chapter 13 Plan in this case.

WHEREFORE, Debtor(s) moves this Honorable Court for leave to incur the new debt described above and prays for such other and further relief as the Court deems just and proper.

                                                                                                        Respectfully submitted,
                                                                                                        **DETHLEFS PYKOSH & MURPHY**

Date: February 22, 2021                                /s/ Paul D. Murphy-Ahles

                                                                                   Paul D. Murphy-Ahles, Esquire
                                                                                   PA ID No. 201207
                                                                                   2132 Market Street
                                                                                   Camp Hill, PA 17011
                                                                                   (717) 975-9446
                                                                                   pmurphy@dplglaw.com
                                                                                   *Attorney for Debtor(s)*



8609 Westwood Center Drive, Suite 200
Vienna, Virginia 22182
Tel: 703 992 0142  Fax: 717-298-3304
www.lending1s.com

Date:  February 8 , 2021

Pre-Approval For: Anette Olley
Property: 687 Polecat Road

We have the pleasure to inform you that you are eligible for our program based on your credit score and financial data you have provided us.

Purchase Price: $359,000
Residency:  Primary

A full approval is contingent upon the following conditions:
- Satisfactory appraisal review in the amount of  $325,000
- Satisfactory review of the Sales Contract
- Satisfactory review of the Title
- No Change in the Employment Status
- No Adverse changes in the credit score from the last pull

Your eligibility is valid for 45 days from the date of this letter.  <u>Approval IS contingent upon the sale of any other real estate.</u>

Please feel free to contact me should you have any questions.

Sincerely,

*Brian M. Tulli*
NMLS #1598940
3920 Market Street (Suite 19)
Camp Hill, PA 17011
Btulli@lending1s.com
(717) 991-9555



The pre- approval statement above is presented as an estimate of an appropriate price that is realistic to consider. This is not a loan commitment nor is it a guarantee of any qualification. This statement is based solely on estimated figures and information available at the time of preparation.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Herman Olley<br>**Debtor 1**<br>Annette Louis Olley<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-00752-HWV<br><br>**Matter:** Motion to Incur/Obtain Debt |

# NOTICE

Notice is hereby given that:

The Debtor(s) filed a Chapter 13 Bankruptcy Petition on **February 27, 2021**.

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building**<br>**Bankruptcy Courtroom (3rd Floor)**<br>**Third & Walnut Streets**<br>**Harrisburg, PA 17101** | **Date: March 16, 2021**<br><br>**Time: 9:30 AM** |

Any objection/response to the above-referenced matter must be filed and served on or before **March 8, 2021**.

If service was property made and Respondent(s) fail to file any objection/response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

| | |
|---|---|
| Date: February 22, 2021 | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Herman Olley<br>**Debtor 1**<br>Annette Louis Olley<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-00752-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s) Motion to Incur Debt/Obtain Credit, said Motion IS HEREBY GRANTED, and the Debtor(s) is permitted to obtain financing from Mortgage One Solutions for the purpose of purchasing a personal residence for Debtor(s), up to the purchase price of $365,000.00 at an interest rate of 4.500% or less.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Herman Olley<br>**Debtor 1**<br>Annette Louis Olley<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-00752-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

### CERTIFICATE OF SERVICE

I hereby certify that on Monday, February 22, 2021, I served a true and correct copy of the **Debtor(s)' Motion to Incur Debt/Obtain Credit, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing         Charles J DeHart, III (Trustee)         Department of Educatoin / NELNET
0314-1                                   8125 Adams Drive, Suite A               121 South 13th Street
Case 1:17-bk-00752-HWV                   Hummelstown, PA 17036-8625              Lincoln, NE 68508-1904
Middle District of Pennsylvania
Harrisburg
Mon Feb 22 08:56:07 EST 2021

Holy Spirit Hospital                     Lane Bryant Retail                      Paul Donald Murphy-Ahles
c/o Geisinger Health System              450 Winks Lane                          Dethlefs Pykosh & Murphy
PO Box 983034                            Bensalem, PA 19020-5932                 2132 Market Street
Boston, MA  02298-3034                                                           Camp Hill, PA 17011-4706

National Recovery Agency                 Nationstar Mortgage LLC                 Nationstar Mortgage LLC
2491 Paxton Street                       Robertson, Anschutz & Schneid P.L.      6409 Congress Ave, Suite 100
Harrisburg, PA 17111-1036                6409 Congress Ave.                      Boca Raton, FL 33487-2853
                                         Boca Raton, FL 33487-2853

Nationstar Mortgage LLC                  (p)NATIONSTAR MORTGAGE LLC              Annette Louis Olley
Attn: Bankruptcy Dept.                   PO BOX 619096                           1037 Freedom Court
PO Box 619094                            DALLAS TX 75261-9096                    Quakertown, PA 18951-2788
Dallas, Texas 75261-9094

Mark Herman Olley                        Orthopedic Institute of PA              PRA Receivables Management, LLC
1037 Freedom Court                       3399 Trindle Road                       PO Box 41021
Quakertown, PA 18951-2788                Camp Hill, PA 17011-2286                Norfolk, VA 23541-1021

PSECU                                    PSECU                                   Penn Credit Corporation
1500 Elmerton Avenue                     PO BOX 67013                            2800 Commerce Drive
Harrisburg, PA 17110-9214                HARRISBURG, PA 17106-7013               Harrisburg, PA 17110-9307

Penn Diesel Service Company              Pennsylvania Department of Revenue      Quantum Imaging and Therapeutic
337 North Fairville Avenue               Bankruptcy Division                     PO Box 62165
Harrisburg, PA 17112-9771                P.O. Box 280946                         Baltimore, MD 21264-2165
                                         Harrisburg, PA 17128-0946

RMA of Philadelphia, PC                  Rosemont Pharmacy                       U.S. Department of Education C/O Nelnet
2025 Technology Parkway, Suite 211       Rosemont Square                         121 South 13th Street, Suite 201
Mechanicsburg, PA 17050-9402             1149 Lancaster Avenue #9                Lincoln, NE 68508-1911
                                         Bryn Mawr, PA 19010-2722

United States Trustee                    James Warmbrodt
228 Walnut Street, Suite 1190            701 Market Street Suite 5000
Harrisburg, PA 17101-1722                Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients  25<br>Bypassed recipients   2<br>Total                27 |