**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Herman Olley<br>**Debtor 1**<br>Annette Louis Olley<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-00752-HWV |

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Lane Bryant Retail<br>450 Winks Lane<br>Bensalem, PA 19020-5932 | Lane Bryant Retail<br>c/o Comenity Bank<br>Attn: Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 |

Date: March 23, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*