**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Mark Herman Olley<br>**Debtor 1**<br>Annette Louis Olley<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-00752-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM:** | **TO:** |
|---|---|
| RMA of Philadelphia, PC<br>2025 Technology Parkway, Suite 211<br>Mechanicsburg, PA 17050-0402 | RMA of Philadelphia, PC<br>1015 Chestnut Street, 8th Floor<br>Philadelphia, PA 19107 |

Date: March 23, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*