UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Mark Herman Olley
**Debtor 1**
Annette Louis Olley
a/k/a Annette Louis McCord
**Debtor 2**

**Chapter** 13

**Case No.** 1:17-BK-00752-HWV

**Matter:** Motion for Sale of Property Free and Clear of Liens

## AFFIDAVIT OF REAL ESTATE SALESPERSON

I, **MELISSA HEALY**, declare under penalty of perjury the following:

1. I have been a Real Estate Salesperson for **17** years and am currently employed with **KELLER WILLIAMS REAL ESTATE / MEH QA INC**

2. I viewed Debtor(s)' property located at **1037 FREEDOM CT, QUAKERTOWN, PA** and have determined that the maximum value for the property is $ **325,000**.

3. The maximum value for the property was determined by a Comparable Market Analysis that I conducted on the property.

4. Debtor(s)' property was placed on the market on **2/8/2021**.

5. This property was shown **34** times. Debtor(s) received **11** offers on the property.

6. The accepted offer was for $ **335,000** which was received after **4** days on the market.

Dated: **3/29/2021**

_Melissa Healy_, Real Estate Salesperson
Keller Williams Realty