**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Herman Olley<br>**Debtor 1** | **Chapter** 13 |
| Annette Louis Olley<br>a/k/a Annette Louis McCord<br>**Debtor 2** | **Case No.** 1:17-BK-00752-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM: | TO: |
|---|---|
| Mark Herman Annette Louis Olley<br>1037 Freedom Court<br>Quakertown, PA 18951 | Mark Herman & Annette Louis Oley<br>687 Polecat Road<br>Landisburg, PA 17040 |

Date: April 6, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*