In re:

Mark Herman Olley

Annette Louis Olley

    Debtors

Case No. 17-00752-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 2

Date Rcvd: Jul 09, 2021        Form ID: 3180W        Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Herman Olley, Annette Louis Olley, 687 Polecat Road, Landisburg, PA 17040-9242 |
| cr | + | Nationstar Mortgage LLC, Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Boca Raton, FL 33487-2853 |
| 4889344 | | Holy Spirit Hospital, c/o Geisinger Health System, PO Box 983034, Boston, MA 02298-3034 |
| 4889347 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 4895609 | + | Nationstar Mortgage LLC, 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 4935932 | + | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619094, Dallas, Texas 75261-9094 |
| 4889348 | + | Orthopedic Institute of PA, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 4889349 | | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 4889351 | + | Penn Diesel Service Company, 337 North Fairville Avenue, Harrisburg, PA 17112-9771 |
| 4889355 | | Quantum Imaging and Therapeutic, PO Box 62165, Baltimore, MD 21264-2165 |
| 4889356 | + | RMA of Philadelphia PC, 1015 Chestnut Street 8th Floor, Philadelphia, PA 19107-4331 |
| 4889357 | + | Rosemont Pharmacy, Rosemont Square, 1149 Lancaster Avenue #9, Bryn Mawr, PA 19010-2722 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4889342 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 09 2021 18:40:00 | Department of Educatoin / NELNET, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 4889345 | | EDI: WFNNB.COM | Jul 09 2021 22:43:00 | Lane Bryant Retail, c/o Comenity Bank, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 4889346 | + | Email/Text: Bankruptcies@nragroup.com | Jul 09 2021 18:40:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4892625 | + | EDI: RECOVERYCORP.COM | Jul 09 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4923773 | + | Email/Text: bankruptcynotices@psecu.com | Jul 09 2021 18:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4889352 | + | Email/Text: bankruptcynotices@psecu.com | Jul 09 2021 18:40:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 4891256 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 09 2021 18:40:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4889343 | *+ | Department of Educatoin / NELNET, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 4889353 | *+ | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 4889354 | *+ | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 4889350 | * | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Annette Louis Olley pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Mark Herman Olley pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Debtor 1 | **Mark Herman Olley** | | | Social Security number or ITIN | xxx–xx–9436 |
|---|---|---|---|---|---|
| | First Name Middle Name Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Annette Louis Olley** | | | Social Security number or ITIN | xxx–xx–4985 |
| | First Name Middle Name Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | | | |
| Case number: | 1:17–bk–00752–HWV | | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Herman Olley

Annette Louis Olley
aka Annette Louis McCord

**By the court:**

7/9/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**